IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Odia Halcomb, Jr.,<br>*on behalf of himself and all others<br>similarly situated,*<br><br>    Plaintiff,<br><br>    *v.*<br><br>Taiho Corporation of America,<br><br>    Defendant. | Case No. 3:21 CV 1372<br><br>FINAL JUDGMENT APPROVING<br>SETTLEMENT PURSUANT TO THE FAIR<br>LABOR STANDARDS ACT<br><br>JUDGE JACK ZOUHARY |

    The parties jointly move for Approval of Settlement (Doc. 17) pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks this Court to find, as fair and reasonable, the proposed Agreement of Settlement and Release (Doc. 17-1), as well as the Individual Payments Allocation Schedule (Doc. 17-3). Upon review, and for good cause, this Court enters this Final Order and Judgment approving the Settlement, as follows:

    1.    Named Representative Plaintiff Odia Halcomb Jr. asserts wage-and-hour claims under the FLSA, 29 U.S.C. §§ 201-219, as well as the wage laws of the State of Ohio, O.R.C. §§ 4111.01 *et seq*. Defendant Taiho Corporation of America denies any violations.

    2.    The settlement will cover Plaintiff Odia Halcomb Jr. and the Participating Employees as defined in the Settlement Agreement. This Court finds the proposed settlement is fair and reasonable and satisfies the standard for approval under the FLSA, 29 U.S.C. § 216(b). There is "a bona fide dispute between the parties as to the employer's liability under the FLSA" and the

Settlement "is fair, reasonable, and adequate." *See, e.g.*, *Hill v. Medicare Transport, Inc.*, N.D.Ohio No. 5:19CV1582, 2019 U.S. Dist. LEXIS 182622, at *1-2 (Oct. 22, 2019).

3. This Court finds that the total settlement amount (the Net Settlement Fund amount (Doc. 17-1 at 3), and the Individual Allocation Payments Schedule (Doc. 17-3), which outlines each Participating Employee's Settlement Share), are fair and reasonable. Payments shall be distributed as provided in the Settlement Agreement.

4. This Court also approves the proposed service award to Named Plaintiff Odia Halcomb Jr. Such payment shall be made as provided in the Settlement Agreement. This award is justified by Named Plaintiff's efforts on behalf of other Participating Employees and is consistent with awards in other wage and hour collective actions approved by courts within this District and the Sixth Circuit. *See, e.g.*, *Alward v. Marriott Internatl., Inc.*, N.D.Ohio No. 1:18-cv-02337, 2019 U.S. Dist. LEXIS 199053, at *4 (Nov. 18, 2019).

5. Finally, this Court approves the payment of attorney fees and expenses to Plaintiffs' Counsel as provided in the Settlement Agreement. This payment falls within the range of fees and expenses in other FLSA actions approved by courts within this Division and District.

6. This Court action is dismissed with prejudice. This Court retains jurisdiction to enforce the terms of the Settlement Agreement and resolve any disputes in completing the settlement.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U.S. DISTRICT JUDGE

June 14, 2022